# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

RICHARD HOEFT,

    Petitioner,

v.

BRUCE JOANIS, NATHANIEL DELEGAN,
TOM RENZ and ASHLAND COUNTY,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-120-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____4/30/09_____
Date